AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>ROY UNDERWOOD,<br>a/k/a "ROY FRITTS", | ) ) ) ) ) ) ) | Case No. 16-8125-WM |
| Defendant(s) | | |

FILED by ___ D.C.
APR 0 5 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2015-February 2015__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 641 | Theft of government funds |
| Title 18, U.S.C. Section 1028A | Aggravated identity theft |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Greg Wentz, VAOIG
Printed name and title

Sworn to before me and signed in my presence.

Date: ___04/05/2016___

_____
Judge's signature

City and state: ___West Palm Beach, FL___    William Mathewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Gregory M. Wentz, being duly sworn, state as follows:

### Introduction

1. I am a Special Agent with the Department of Veterans Affairs (VA), Office of Inspector General (OIG), Criminal Investigations Division (CID) and have been so employed since April 2013. I am assigned to the West Palm Beach Resident Agency. My duties and responsibilities include investigations of programs and operations of the VA. These investigations include I have received training in the different programs offered by the VA as well as federal criminal laws. With respect to federal criminal laws, my training included healthcare fraud and other types of fraud against the government. Prior to joining the VA OIG, I served in the United States Marine Corps.

2. I make this affidavit in support of a criminal complaint charging Roy Underwood with Theft of Government Funds, in violation of Title 18, United States Code, Section 641 and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A.

3. The facts set forth in this affidavit are based upon my personal observations; my training and experience; information obtained from various law enforcement personnel and civilian witnesses; and information obtained from VA and law enforcement databases.

4. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause to charge, it does not contain each and every detail about this investigation of which I am aware. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only. In addition, all dates and times contained in this affidavit are approximate.

## Overview of the Investigation

5. An individual, who will be referred to by his first and last initial of T.M., is a victim of identity theft. T.M. is a United States citizen, who served in the United States Marine Corps.

6. The investigation has determined that an individual identified as Roy Underwood utilized T.M.'s name and social security number to complete and submit a health care enrollment application at the VAMC in Palm Beach County, Florida. On September 17, 2015, the completed health care enrollment application bearing T.M.'s name and social security number was uploaded into the VA's database. Based on Roy Underwood's written representations on the application he submitted in T.M.'s name, he was able to receive services at the VAMC in Palm Beach County at no cost to him.

7. On November 20, 2015, Roy Underwood was also issued a Veterans Identification Card. This card reflected T.M.'s name and date of birth along with Roy Underwood's photograph.

8. On January 26, 2016, your affiant spoke with T.M. over the telephone. During the phone conversation, T.M. correctly answered a series of detailed questions relating to his military service, date of birth, and social security number. T.M. also reported to your affiant he is currently enrolled at a VAMC in Alabama. T.M. further reported he has never been to the VAMC in Palm Beach County, Florida; has never authorized or given permission to anyone to use his identity for healthcare or other services at the VA; and he does not know who is using his identity to receive these services at the VAMC. It should be noted that another VA OIG Agent had face to face interview of T.M., during which T.M. produced a DL containing his name and photograph.

9. A Fiscal Administrative Officer for the VAMC in Palm Beach County obtained billing statements related to VA medical costs and services associated with the treatment at the Palm Beach County VAMC received by Roy Underwood under the assumed identity of T.M. These records show from on or about September 2015 through February 2016, Roy Underwood, purporting to be T.M., received approximately $68,655 in health care services and treatment at the VA Medical Center in Palm Beach County, Florida.

10. On February 3, 2016, as part of a ruse, a VA employee, at the request of your affiant, fingerprinted Roy Underwood. Those fingerprints were submitted to the FBI Special Processing Center ("SPC"). Your affiant requested the FBI SPC to have these fingerprints scanned into the Integrated Automated Fingerprint Identification System ("IAFIS"). IAFIS is an FBI database that matches scanned fingerprints against existing fingerprints in the system including those from prior arrests and military service. The fingerprints taken of Roy Underwood revealed that the subject's fingerprints matched those of Roy Gilbert Underwood a/k/a Roy Fritts, FBI # 255023V3, date of birth xx/xx/(1959), and social security number xxx-xx-0326. The FBI SPC also determined that Roy Underwood's fingerprints did not match those on file for T.M.'s military service.

11. Your affiant queried Roy Underwood's social security number in multiple VA databases which showed no record of military service. Your affiant also compared known photos of Roy Underwood and T.M. and concluded the photographs were not the same person.

12. A query of Roy Underwood's name, date and social security number NCIC returned several hits for prior arrests and convictions.

WHEREFORE, based on the foregoing facts, your affiant respectfully submits that there is probable cause to charge Roy Underwood a/k/a Roy Fritts with Theft of Government Funds, in violation of Title 18, United States Code, Section, 641 and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GREGORY M. WENTZ, SPECIAL AGENT
VA OFFICE OF INSPECTOR GENERAL

Sworn and subscribed to before me
this 5th day of April 2016
in West Palm Beach, Florida

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 16-8125-WM

UNITED STATES OF AMERICA

vs.

ROY UNDERWOOD,
a/k/a "ROY FRITTS",

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   ____Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   ____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        WILLIAM T. ZLOCH
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0105619
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 209-1022
        Fax: (561) 820-8777